NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FINCHIMICA S.P.A.,**
*Appellant*

**v.**

**ADAMA MAKHTESHIM LTD.,**
*Appellee*

---

2017-2195

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00577.

---

## JUDGMENT

---

EDWARD ANTHONY FIGG, Rothwell, Figg, Ernst & Manbeck, PC, Washington, DC, argued for appellant. Also represented by SETH EDWARD COCKRUM, ROBERT DANNY HUNTINGTON.

NORMAN H. ZIVIN, Cooper & Dunham, LLP, New York, NY, argued for appellee. Also represented by ERIC EISENBERG, GARY GERSHIK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| August 9, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |